**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO.: 1:12-cv-1230-RPM**

**YOLANDA WILSON,**

        **Plaintiff,**

**v.**

**PALISADES COLLECTION, LLC a Delaware limited liability company,**

        **Defendant.**
_____

**ANSWER OF PALISADES COLLECTION, LLC**
_____

Defendant Palisades Collection, LLC ("Palisades"), as and for its Answer to the Complaint of Yolanda Wilson ("Plaintiff"), in the above-entitled matter, denies each and every allegation contained therein, unless otherwise admitted or qualified herein, and states and alleges as follows:

1.      In response to Paragraph 1 of Plaintiff's Complaint, Palisades admits that the statutes referenced confer jurisdiction upon this Honorable Court, but Palisades denies that jurisdiction exists as there has been no violation of a law.

2.      In response to Paragraph 2 of Plaintiff's Complaint, Palisades admits that Plaintiff is alleging violations of the FDCPA by Palisades, but Palisades denies that it has violated any law.

3.      Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 3 of Plaintiff's Complaint.

4.     In response to Paragraph 4 of Plaintiff's Complaint, Palisades denies that the acts and transactions occurred as alleged and therefore denies this paragraph.

5.     Palisades admits the allegations set forth in Paragraph 5 of Plaintiff's Complaint, upon information and belief.

6.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 6 of Plaintiff's Complaint.

7.     Palisades admits the allegations set forth in Paragraph 7 of Plaintiff's Complaint, upon information and belief.

8.     Palisades admits the allegations set forth in Paragraph 8 of Plaintiff's Complaint, upon information and belief.

9.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 10 of Plaintiff's Complaint.

11.     Palisades admits the allegations set forth in Paragraph 11 of Plaintiff's Complaint.

12.     Palisades admits the allegations set forth in Paragraph 12 of Plaintiff's Complaint.

13.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 13 of Plaintiff's Complaint.

14.     Palisades admits the allegations set forth in Paragraph 14 of Plaintiff's Complaint.

15.     In response to Paragraph 15 of Plaintiff's Complaint, Palisades admits that at times it collects debts using the mails and telephone.

16.     Palisades denies the allegations set forth in Paragraph 16 of Plaintiff's Complaint.

17.     Palisades denies the allegations set forth in Paragraph 17 of Plaintiff's Complaint.

18.     In response to Paragraph 18 of Plaintiff's Complaint, Palisades admits that Plaintiff incurred financial obligations on two Alltell Communications accounts.  To all other extents, Palisades has insufficient information and knowledge to either admit or deny the remaining allegations.

19.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 19 of Plaintiff's Complaint.

20.     Palisades admits the allegations set forth in Paragraph 20 of Plaintiff's Complaint, upon information and belief.

21.     In response to Paragraph 21 of Plaintiff's Complaint, Palisades admits that it acquired ownership of the accounts after they went into default.

22.     In response to Paragraph 22 of Plaintiff's Complaint, Palisades admits that it acquired ownership of the accounts after they went into default.

23.     In response to Paragraph 23 of Plaintiff's Complaint, Palisades admits that it acquired ownership of the accounts after they went into default.

24.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 24 of Plaintiff's Complaint.

25.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 25 of Plaintiff's Complaint.

26.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 26 of Plaintiff's Complaint.

27.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 27 of Plaintiff's Complaint.

28.     Palisades admits the allegations set forth in Paragraph 28 of Plaintiff's Complaint.

29.     In response to Paragraph 29 of Plaintiff's Complaint, Palisades states that Exhibit 1 speaks for itself.

30.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 30 of Plaintiff's Complaint.

31.     Palisades denies the allegations set forth in Paragraph 31 of Plaintiff's Complaint.

32.     Palisades denies the allegations set forth in Paragraph 32 of Plaintiff's Complaint.

33.     Palisades denies the allegations set forth in Paragraph 33 of Plaintiff's Complaint.

34.     Palisades denies the allegations set forth in Paragraph 34 of Plaintiff's Complaint.

35.     Palisades denies the allegations set forth in Paragraph 35 of Plaintiff's Complaint.

36.     Palisades denies the allegations set forth in Paragraph 36 of Plaintiff's Complaint.

37.     Palisades denies the allegations set forth in Paragraph 37 of Plaintiff's Complaint.

38.     Palisades denies the allegations set forth in Paragraph 38 of Plaintiff's Complaint.

39.     Palisades denies the allegations set forth in Paragraph 39 of Plaintiff's Complaint.

40.     Palisades denies the allegations set forth in Paragraph 40 of Plaintiff's Complaint.

41.     Palisades denies the allegations set forth in Paragraph 41 of Plaintiff's Complaint.

42.     Palisades denies the allegations set forth in Paragraph 42 of Plaintiff's Complaint.

43.     Palisades denies the allegations set forth in Paragraph 43 of Plaintiff's Complaint.

44.     Palisades denies the allegations set forth in Paragraph 44 of Plaintiff's Complaint.

45.     Palisades denies the allegations set forth in Paragraph 45 of Plaintiff's Complaint..

46.     Palisades denies the allegations set forth in Paragraph 46 of Plaintiff's Complaint.

47.    Palisades admits the allegations set forth in Paragraph 47 of Plaintiff's Complaint.

48.    In response to Paragraph 48 of Plaintiff's Complaint, Palisades states that Exhibit 2 speaks for itself.

49.    Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 49 of Plaintiff's Complaint.

50.    Palisades admits the allegations set forth in Paragraph 50 of Plaintiff's Complaint.

51.    In response to Paragraph 51 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed Account 1 with it, it denies this paragraph.

52.    In response to Paragraph 52 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed Account 1 with it, it denies this paragraph.

53.    Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 53 of Plaintiff's Complaint.

54.    Palisades admits the allegations set forth in Paragraph 54 of Plaintiff's Complaint.

55.    In response to Paragraph 55 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed Account 2 with it, it denies this paragraph.

56.    In response to Paragraph 56 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed Account 2 with it, it denies this paragraph.

57.    Palisades admits the allegations set forth in Paragraph 57 of Plaintiff's Complaint.

58.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 58 of Plaintiff's Complaint.

59.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 59 of Plaintiff's Complaint.

60.     In response to Paragraph 60 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

61.     In response to Paragraph 61 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

62.     Palisades admits the allegations set forth in Paragraph 62 of Plaintiff's Complaint.

63.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 63 of Plaintiff's Complaint.

64.     Palisades admits the allegations set forth in Paragraph 64 of Plaintiff's Complaint.

65.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 65 of Plaintiff's Complaint.

66.     Palisades denies the allegations set forth in Paragraph 66 of Plaintiff's Complaint.

67.     Palisades denies the allegations set forth in Paragraph 67 of Plaintiff's Complaint.

68.     Palisades admits the allegations set forth in Paragraph 68 of Plaintiff's Complaint.

69.     In response to Paragraph 69 of Plaintiff's Complaint, Palisades states that Exhibit 3 speaks for itself.

70.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 70 of Plaintiff's Complaint.

71.     Palisades admits the allegations set forth in Paragraph 71 of Plaintiff's Complaint.

72.     In response to Paragraph 72 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

73.     In response to Paragraph 73 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

74.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 74 of Plaintiff's Complaint.

75.     Palisades admits the allegations set forth in Paragraph 75 of Plaintiff's Complaint.

76.     In response to Paragraph 76 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

77.     In response to Paragraph 77 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

78.     Palisades admits the allegations set forth in Paragraph 78 of Plaintiff's Complaint.

79.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 79 of Plaintiff's Complaint.

80.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 80 of Plaintiff's Complaint.

81.     In response to Paragraph 81 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

82.     In response to Paragraph 82 of Plaintiff's Complaint, as Palisades denies that Plaintiff disputed the Accounts with it, it denies this paragraph.

83.     Palisades admits the allegations set forth in Paragraph 83 of Plaintiff's Complaint.

84.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 84 of Plaintiff's Complaint.

85.     Palisades admits the allegations set forth in Paragraph 85 of Plaintiff's Complaint.

86.     Palisades has insufficient information and knowledge to either admit or deny the allegations set forth in Paragraph 86 of Plaintiff's Complaint.

87.     Palisades states that Plaintiff's Complaint does not contain a Paragraph 87.

88.     Palisades denies the allegations set forth in Paragraph 88 of Plaintiff's Complaint.

89.     Palisades denies the allegations set forth in Paragraph 89 of Plaintiff's Complaint.

90.     In response to Paragraph 90 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.  Notwithstanding,

Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

91.    In response to Paragraph 91 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

92.    In response to Paragraph 92 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

93.    In response to Paragraph 93 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

94.    In response to Paragraph 94 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

95.    In response to Paragraph 95 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

96.     In response to Paragraph 96 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

97.     In response to Paragraph 97 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

98.     In response to Paragraph 98 of Plaintiff's Complaint, Palisades states that Plaintiff's Complaint is a roundabout attempt to garner discovery.   Notwithstanding, Palisades has insufficient information and knowledge to either admit or deny the allegations set forth.

99.     In response to Paragraph 99 of Plaintiff's Complaint, as Palisades denies that it had conversations with Plaintiff, it denies this paragraph.

100.    In response to Paragraph 100 of Plaintiff's Complaint, as Palisades denies that it had conversations with Plaintiff, it denies this paragraph.

101.    In response to Paragraph 101 of Plaintiff's Complaint, as Palisades denies that it had conversations with Plaintiff, it denies this paragraph.

102.    In response to Paragraph 102 of Plaintiff's Complaint, as Palisades denies that it had conversations with Plaintiff, it denies this paragraph.

103.    In response to Paragraph 103 of Plaintiff's Complaint, as Palisades denies that it had conversations with Plaintiff, it denies this paragraph.

104.    In response to Paragraph 104 of Plaintiff's Complaint, as Palisades denies that it had conversations with Plaintiff, it denies this paragraph.

105.    In response to Paragraph 105 of Plaintiff's Complaint, as Palisades denies that it had conversations with Plaintiff, it denies this paragraph.

106.    In response to Paragraph 106 of Plaintiff's Complaint, as Palisades denies that it had conversations, it denies this paragraph.

107.    In response to Paragraph 107 of Plaintiff's Complaint, as Plaintiff's allegations are false, it denies this paragraph.

108.    Palisades admits the allegations set forth in Paragraph 108 of Plaintiff's Complaint.

109.    Palisades admits the allegations set forth in Paragraph 109 of Plaintiff's Complaint.

110.    Palisades admits the allegations set forth in Paragraph 110 of Plaintiff's Complaint.

111.    Palisades admits the allegations set forth in Paragraph 111 of Plaintiff's Complaint.

112.    Palisades admits the allegations set forth in Paragraph 112 of Plaintiff's Complaint.

113.    Palisades admits the allegations set forth in Paragraph 113 of Plaintiff's Complaint.

114.    Palisades denies the allegations set forth in Paragraph 114 of Plaintiff's Complaint.

115.   Palisades denies the allegations set forth in Paragraph 115 of Plaintiff's Complaint.

116.   In response to Paragraph 116 of Plaintiff's Complaint, Palisades states that the case law cited by Plaintiff speaks for itself.

117.   In response to Paragraph 117 of Plaintiff's Complaint, Palisades states that the case law cited by Plaintiff speaks for itself.

118.   In response to Paragraph 118 of Plaintiff's Complaint, Palisades states that the case law cited by Plaintiff speaks for itself.

119.   In response to Paragraph 119 of Plaintiff's Complaint, Palisades admits that Plaintiff seeks damages, but denies that Plaintiff is entitled to any damages.

120.   Palisades restates and reasserts paragraphs 1 through 119 as though fully stated herein.

121.   Palisades denies the allegations set forth in Paragraph 121 of Plaintiff's Complaint.

122.   In response to Paragraph 122 of Plaintiff's Complaint, Palisades admits that Plaintiff seeks damages, but denies that Plaintiff is entitled to any damages.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Any violation of the law or damage suffered by Plaintiff, which Palisades denies, was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any liability of Palisades.

### THIRD DEFENSE

Any violation of the FDCPA, which Palisades denies, was not intentional and resulted, if at all, from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such errors, if applicable.

### FOURTH DEFENSE

Any violation of the law or damage suffered by Plaintiff, which Palisades denies, was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Palisades.

**WHEREFORE,** Palisades prays for an order and judgment of this Court in its favor against Plaintiff as follows:

1.      Dismissing all causes of action against Palisades with prejudice and on the merits; and,

2.      Awarding Palisades such other and further relief as the Court deems just and equitable.

Dated this 4th day of June, 2012.

Moss & Barnett, PA

s/ James R. Bedell
Michael S. Poncin
James R. Bedell
Moss & Barnett, PA
4800 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4129
Telephone: (612) 877-5000
Fax: (612) 877-5999
E-mail: PoncinM@moss-barnett.com
E-mail:  BedellJ@moss-barnett.com
Attorneys for Defendant
Palisades Collection, LLC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2012, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following e-mail address:

David M. Larson – Larsonlawoffice@gmail.com

<div style="margin-left:40%">

s/ James R. Bedell
James R. Bedell
Moss & Barnett, PA
4800 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4129
Telephone: (612) 877-5000
Fax: (612) 877-5999
E-mail: BedellJ@moss-barnett.com

</div>

2021680v1