IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO.: 1:12-cv-1230-RPM**

**YOLANDA WILSON,**

    **Plaintiff,**

**v.**

**PALISADES COLLECTION, LLC a Delaware limited liability company,**

    **Defendant.**

_____

**ORDER GRANTING COUNSEL LEAVE TO APPEAR TELEPHONICALLY
AT THE SCHEDULING CONFERENCE**
_____

THE COURT having reviewed DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO ATTEND THE RULE 16 SCHEDULING CONFERENCE TELEPHONICALLY and being fully advised in the premises, DOES HEREBY ORDER that Defendant's counsel is hereby granted leave to appear by telephone at the Fed. R. Civ. P. Rule 16(b) scheduling conference set for August 2, 2012, at 11:00 a.m., in the above-captioned civil action.

BY THE COURT:

_____                  _____
DATE                                       Hon. Michael J. Watanabe
                                             UNITED STATES MAGISTRATE JUDGE

2041775v1