IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01230-RPM-MJW

YOLANDA WILSON,

Plaintiff(s),

v.

PALISADES COLLECTION, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion for Leave to Attend the Rule 16 Scheduling Conference Telephonically (Docket No. 10) is granted. Defense counsel shall call the court at (303) 844-2403 on August 2, 2012, at 11:00 a.m. (Mountain Time).

Date: July 10, 2012